# THE COURT OF COMMON PLEAS, CIVIL DIVISION
# CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

CHRISTIANE RITZMANN, ET AL.
**Plaintiff**

V.

TARGET CORPORATION
**Defendant**

**CASE NO.** CV26146211

**JUDGE** MOLLIE ANN MURPHY

## SUMMONS

SUMC CM

**Notice ID:** 61926354

From: CHRISTIANE RITZMANN
19268 IDLEWOOD TRAIL
STRONGSVILLE OH 44149
P1

Atty.: JEREMY A. TOR
1001 LAKESIDE AVE, EAST SUITE 1700
CLEVELAND, OH 44114-0000

To: TARGET CORPORATION
CO CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS OH 43219
D1

**NOTICE TO THE DEFENDANT:**

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.gov/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.

COMMON PLEAS COURT · CUYAHOGA COUNTY, OHIO

**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

**Date Sent:** 09/09/2026

By ____________________
**Deputy**

**CMSN130**

ALL-STATE LEGAL®
**EXHIBIT**
A

# Cuyahoga County Clerk of Courts
## Nailah K. Byrd

**Multilingual Notice:**

You have been named as a defendant in this Court. You must file an answer within 28 days; if you fail to answer, the Court may enter judgment against you for the relief stated in the Complaint. Seek assistance from both an interpreter and an attorney. Your inability to understand, write, or speak English will not be a defense to possible judgment against you.

1. **Spanish (US)**
   ***Aviso multilingüe:

   Este Tribunal lo ha declarado como acusado. Debe presentar una respuesta en un plazo de 28 días. Si no contesta en dicho plazo, el Tribunal podrá dictar sentencia en su contra por el amparo que se detalla en la demanda. Solicite la ayuda de un intérprete y de un abogado. Su incapacidad para comprender, escribir o hablar inglés no se considerará como defensa ante una posible sentencia en su contra.

2. **Somali**
   ***Ogeysiis luqadda badan ah:

   Waxaa laguu magacaabay sida eedeysane gudaha Maxkamadan. Waa in aad ku soo gudbisaa jawaab 28 maalmood gudahood; haddii aad ku guuldareysto jawaabta, Maxkamada laga yaabo in ay gasho xukun adiga kaa soo horjeedo ee ka nasashada lagu sheegay Cabashada. Raadi caawinta ka timid labadaba turjubaanka iyo qareenka. Karti la'aantaada aad ku fahmo, ku qoro, ama ku hadasho Af Ingiriisiga ma noqon doonto difaacida xukunkaaga suuralka ah ee adiga kugu lidka ah.

3. **Russian**
   ***Уведомление на разных языках:

   Вы были названы в качестве ответчика в данном суде. Вы должны предоставить ответ в течение 28 дней; если Ваш ответ не будет получен, суд может вынести решение против Вас и удовлетворить содержащиеся в жалобе требования. Воспользуйтесь услугами переводчика и адвоката. Тот факт, что Вы не понимаете английскую речь и не можете читать и писать по-английски, не является препятствием для возможного вынесения судебного решения против Вас.

4. **Arabic**
   ***ملاحظة متعددة اللغات:

   لقد تم اعتبارك مدعى عليه في هذه المحكمة. يجب أن تقدم ردا خلال 28 يوما؛ وإذا لم تقم بالرد، فقد تصدر المحكمة حكما ضدك بالتعويض المنصوص عليه في هذه الشكوى القضائية. اطلب المساعدة من مترجم فوري ومحام. فلن تعد عدم قدرتك على فهم اللغة الإنجليزية أو كتابتها أو تحدثها دفاعا لك أمام الحكم المحتمل ضدك.

5. **Chinese (Simplified)**
   ***多語版本通知：

   您在本法庭已被列为被告・您必须于 28
   日内递交答辩状；如果没有递交答辩状，法庭会针对诉状中声明的补救措施对您作出不利判决・请向口译人员和律 师寻求帮助・您无法理解、书写或说英语的情况不能作为对您可能作出不利判决的辩护理由。

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
**1200 Ontario Street**
**Cleveland, Ohio 44113**

## Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
**September 8, 2026 11:24**

By: JEREMY A. TOR 0091151

Confirmation Nbr. 3971161

CHRISTIANE RITZMANN, ET AL.

vs.

TARGET CORPORATION

CV 26 146211

**Judge:** MOLLIE ANN MURPHY

**Pages Filed: 4**

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| CHRISTIANE RITZMANN<br>19268 Idlewood Trail<br>Strongsville, OH 44149<br><br>and<br><br>NORBERT RITZMANN<br>19268 Idlewood Trail<br>Strongsville, OH 44149<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION<br>c/o CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, Ohio 43219<br><br>Defendant. | ) | CASE NO.<br><br>JUDGE<br><br>**COMPLAINT**<br><br>***[Jury Demand Endorsed Hereon]*** |

Now come Plaintiffs Christiane Ritzmann and Norbert Ritzmann, by and through counsel, and for their Complaint against the above-captioned Defendant, state and aver as follows:

1. This is an action for personal injuries and loss of consortium arising from the tortious conduct of Defendant Target Corporation, acting through its employee, at the Target store in Strongsville on September 29, 2024.

**PARTIES**

2. Plaintiff Christiane Ritzmann is a resident of Cuyahoga County, Ohio.

3. Plaintiff Norbert Ritzmann is a resident of Cuyahoga County and is Christiane's husband.

4. Defendant Target Corporation is a for-profit corporation organized under the laws of Minnesota.

## FACTS

5. On September 29, 2024, Plaintiff Christiane Ritzmann went shopping at the Target store located at 18200 Royalton Road, Strongsville, Ohio 44136.

6. That store is owned and operated by Defendant Target Corporation.

7. While Christiane was shopping at the store, an employee of Defendant Target Corporation struck her with a cart loaded with merchandise.

8. The force of the collision knocked Christiane to the ground.

9. As a result, Christiane suffered significant injuries, including a left hip fracture that required multiple surgeries. She has incurred substantial medical expenses has sustained permanent injuries, impairment, and substantial physical deformities, including surgical scarring.

10. Venue is proper in Cuyahoga County pursuant to Civil Rule 3 because Defendant conducted the activity giving rise to the claims asserted herein in Cuyahoga County and the claims asserted herein arose in Cuyahoga County.

## FIRST CAUSE OF ACTION

11. Plaintiffs incorporate each preceding paragraph as if fully rewritten herein.

12. As a customer lawfully shopping at Target's store, Christiane was owed a duty of reasonable care by Defendant Target Corporation and its employees, including in the operation of merchandise carts within the store.

13. Defendant Target Corporation and its employees violated that duty by striking Christiane with a cart loaded with merchandise.

14. The conduct of the Target employee was negligent and reckless and exhibited a conscious disregard for the rights and safety of others that had a great probability of causing substantial harm, and in fact did cause substantial harm.

15. At the time of the collision, the employee operating the cart was acting within the course and scope of employment with Defendant Target Corporation. Defendant Target Corporation is therefore vicariously liable for the employee's tortious conduct.

16. As a direct and proximate result of said negligence and recklessness, Plaintiff Christiane Ritzmann has suffered and will continue to suffer economic and non-economic damages, including bodily injury, medical expenses, and the need for future medical care, treatment, and assistance.

17. Christiane's injuries have caused and will continue to cause physical and emotional pain and suffering, permanent impairment, and ongoing economic loss. Her injuries include permanent and substantial physical deformity, including surgical scarring.

**WHEREFORE**, Plaintiff Christiane Ritzmann demands judgment against Defendant Target Corporation for compensatory damages in an amount in excess of twenty-five thousand dollars ($25,000), together with costs of this action, pre- and post-judgment interest as permitted by law, and all other relief this Court deems just and equitable.

**WHEREFORE FURTHER**, Plaintiff Christiane Ritzmann seeks punitive damages against Defendant Target Corporation in an amount in excess of twenty-five thousand dollars ($25,000).

## SECOND CAUSE OF ACTION

18. Plaintiffs incorporate each preceding paragraph as if fully rewritten herein.

19. As a direct and proximate result of the tortious conduct of Defendant Target Corporation and its employees as described herein above, Plaintiff Norbert Ritzmann has suffered and will continue to suffer loss of Christiane's consortium.

**WHEREFORE,** Plaintiff Norbert Ritzmann prays for judgment against Defendant Target Corporation for compensatory damages in an amount in excess of twenty-five thousand dollars ($25,000), together with costs of this action, pre- and post-judgment interest as permitted by law, and any other relief this Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiffs hereby demand a trial by jury with the maximum number of jurors allowed by law.

Respectfully submitted,

*/s/ Jeremy A. Tor*
JEREMY A. TOR (0091151)
JOSEPH O. FLANNERY (0098161)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924 (FAX)
*jtor@spanglaw.com*
*jflannery@spanglaw.com*

***Counsel for Plaintiffs***

# CASE INFORMATION

**CV-26-146211 CHRISTIANE RITZMANN, ET AL. vs. TARGET CORPORATION**

View Printer Friendly Version

Docket Information

From Filing Date / / | Docket Type 1 [SELECT] | Docket Type 2 [SELECT] | Docket Type 3 [SELECT] | Docket Type 4 [SELECT] | Filter Results Start Search

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 09/18/2026 | N/A | SR | USPS RECEIPT NO. 61926354 DELIVERED BY USPS 09/16/2026 TARGET CORPORATION PROCESSED BY COC 09/18/2026. | |
| 09/10/2026 | D1 | SR | SUMS COMPLAINT(61926354) SENT BY CERTIFIED MAIL. TO: TARGET CORPORATION CO CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY, SUITE 125 COLUMBUS, OH 43219 | 🗎 |
| 09/09/2026 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 09/09/2026 | D1 | CS | WRIT FEE | |
| 09/08/2026 | N/A | SF | JUDGE MOLLIE ANN MURPHY ASSIGNED (RANDOM) | |
| 09/08/2026 | P1 | SF | LEGAL RESEARCH | |
| 09/08/2026 | P1 | SF | LEGAL NEWS | |
| 09/08/2026 | P1 | SF | LEGAL AID | |
| 09/08/2026 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 09/08/2026 | P1 | SF | COMPUTER FEE | |
| 09/08/2026 | P1 | SF | CLERK'S FEE | |
| 09/08/2026 | P1 | SF | DEPOSIT AMOUNT PAID JEREMY A. TOR | |
| 09/08/2026 | N/A | SF | CASE FILED: COMPLAINT | 🗎 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2026 PROWARE. All Rights Reserved. 1.1.317